# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Christopher Oxendine-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00065-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Terry Lemon | ) | |
| Benjamin Pettrjrew | | |
| Mathew Boone | | |
| David Hately | | |
| Dennis E. Marshall, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2016 Order.

August 9, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court